UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF LOUISIANA
SHREVEPORT DIVISION

| | |
|---|---|
| KAREEM ABDUL JOHNSON #105117 | CIVIL ACTION NO. 21-cv-4442 |
| VERSUS | JUDGE ELIZABETH E. FOOTE |
| LATAUSHA JONES | MAGISTRATE JUDGE HORNSBY |

## JUDGMENT

For the reasons assigned in the Report and Recommendation of the Magistrate Judge previously filed herein, and having thoroughly reviewed the record, including the written objections filed, and concurring with the findings of the Magistrate Judge under the applicable law;

It is ordered that Plaintiff's complaint be dismissed with prejudice because it is untimely.

THUS DONE AND SIGNED at Shreveport, Louisiana, this the \_\_\_14th\_\_\_ day of April, 2023.

_____
ELIZABETH E. FOOTE
UNITED STATES DISTRICT JUDGE